IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILDCAT LICENSING WI LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-846 (MN) (JLH) |
| MAGNA INTERNATIONAL INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

WHEREAS, on December 23, 2019, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation (D.I. 47) in this action, recommending that the Court grant-in-part and deny-in-part Defendants' Motion to Dismiss for Patent Invalidity Under 35 U.S.C. § 101 and Failure to State a Claim Under Rule 12(b)(6) ("the Motion"; D.I. 15); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 8th day of January 2020 that the Report and Recommendation is ADOPTED. Defendants' Motion (D.I. 15) is GRANTED-IN-PART and DENIED-IN-PART. Consistent with the Recommendation:

1. Defendants' motion to dismiss on the basis that the patents-in-suit are invalid as directed to unpatentable subject matter under 35 U.S.C. § 101 is DENIED;

2. Defendants' motion pursuant to Rule 12(b)(6) to dismiss the claims of direct infringement is DENIED;

3. Defendants' motion pursuant to Rule 12(b)(6) to dismiss the claims of indirect infringement is GRANTED and the claims of indirect infringement in the Complaint are DISMISSED;

IT IS FURTHER ORDERED that on or before January 29, 2020, Plaintiff may file an Amended Complaint to correct the deficiencies in the indirect infringement claims as outlined in the Report & Recommendation.

_____
The Honorable Maryellen Noreika
United States District Judge