# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILDCAT LICENSING WI LLC, | |
| *Plaintiff,* | C.A. No. 1:19-cv-00834-MN-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAYERISCHE MOTOREN WERKE AG, BMW MANUFACTURING CO., LLC, and BMW OF NORTH AMERICA, LLC, | |
| *Defendants.* | |
| WILDCAT LICENSING WI LLC, | |
| *Plaintiff,* | C.A. No. 1:19-cv-00839-MN-JLH |
| v. | **JURY TRIAL DEMANDED** |
| FAURECIA S.A., FAURECIA USA HOLDINGS, INC., FAURECIA INTERIOR SYSTEMS, INC., FAURECIA AUTOMOTIVE SEATING, LLC, FAURECIA MADISON AUTOMOTIVE SEATING, INC., FAURECIA EMISSIONS CONTROL TECHNOLOGIES, USA, LLC, FAURECIA EMISSIONS CONTROL SYSTEMS NA, LLC, and FAURECIA AUTOMOTIVE HOLDINGS, INC., | |
| *Defendants.* | |
| WILDCAT LICENSING WI LLC, | |
| *Plaintiff,* | C.A. No. 1:19-cv-00840-MN-JLH |
| v. | **JURY TRIAL DEMANDED** |
| FCA US LLC, | |
| *Defendants.* | |

{01627074;v1 }

| | |
|---|---|
| WILDCAT LICENSING WI LLC,<br><br>  *Plaintiff,*<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>  *Defendant.* | C.A. No. 1:19-cv-00842-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| WILDCAT LICENSING WI LLC,<br><br>  *Plaintiff,*<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>  *Defendant.* | C.A. No. 1:19-cv-00843-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| WILDCAT LICENSING WI LLC,<br><br>  *Plaintiff,*<br><br>  v.<br><br>JAGUAR LAND ROVER LIMITED and JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>  *Defendants.* | C.A. No. 1:19-cv-00844-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| WILDCAT LICENSING WI LLC,<br><br>  *Plaintiff,*<br><br>  v.<br><br>LEAR CORPORATION and LEAR AUTOMOTIVE MANUFACTURING, LLC,<br><br>  *Defendants.* | C.A. No. 1:19-cv-00845-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| WILDCAT LICENSING WI LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> MAGNA INTERNATIONAL INC., MAGNA INTERNATIONAL OF AMERICA, INC., MAGNA POWERTRAIN INC., MAGNA POWERTRAIN OF AMERICA, INC., MAGNA POWERTRAIN USA, INC., MAGNA SEATING OF AMERICA, INC., MAGNA EXTERIORS OF AMERICA, INC., MAGNA CLOSURES OF AMERICA, INC., and COSMA INTERNATIONAL INC., <br><br> *Defendants.* | C.A. No. 1:19-cv-00846-MN-JLH <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF THEIR MOTION TO STAY PENDING *INTER PARTES* REVIEW

Last Tuesday, November 3, 2020, the PTAB instituted *inter partes* reviews ("IPRs") of U.S. Patent Nos. RE47,220 (1:19-cv-00843-MN-JLH, D.I. 1-1) ("'220 Patent") and RE22,232 (1:19-cv-00843-MN-JLH, D.I. 1-2) ("'232 Patent") (collectively, "Patents-In-Suit"), the two patents asserted by Plaintiff Wildcat Licensing WI LLC ("Wildcat") in the above-captioned lawsuits ("Wildcat Lawsuits"). The PTAB found a reasonable likelihood that every claim in both Patents-In-Suit will be found unpatentable. Along with this motion, Defendants are moving to stay this litigation until a final written decision in the IPRs. While the motion to stay is briefed and decided, Wildcat wants to press forward with written discovery, third-party subpoenas, and claim construction briefing. Defendants move to expedite consideration of their motion to stay in an effort to avoid this waste of resources. Specifically, Defendants seek to have Wildcat file its answering brief within one week, by November 18, 2020, with Defendants'

{01627074;v1 }

reply brief due two days later, on November 20, 2020.  If the Court would like to hold a hearing on the motion to stay pending the IPRs, Defendants are available the following week on November 23rd and 24th for a telephonic or video hearing.

Expediting consideration of motions to stay is quite common because of the potential savings of resources if the stay is granted.  *See, e.g., British Telecommunications PLC v. IAC/InterActiveCorp*, No. CV 18-366-WCB, 2019 WL 4740156, at *6 (D. Del. Sept. 27, 2019) ("The Court then directed that the briefing of the stay motion be expedited in light of the pre-trial schedule.").  This is consistent with Rule 1's requirement to administer the Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding."

Here, the potential savings of resources is great.  In the meet and confer process, Wildcat made clear it wants to press forward on written discovery, third-party discovery, and claim construction briefing despite the pending motion to stay.  Wildcat issued separate sets of requests for production and interrogatories to each group of Defendants on October 23, 2020.  *See, e.g.,* D.I. 90 in C.A. No. 19-839; D.I. 65 in C.A. No. 19-843.  Objections and responses to these requests are due on November 23, 2020.  Wildcat has issued subpoenas to third parties, seeking depositions the first week of next month.  *See* D.I. 93 and 94 in C.A. No. 19-839 (subpoenas to Steve Rosol and Christopher Coffey).  Finally, the parties are in the midst of claim construction briefing, with Defendants' response brief due on November 24, 2020.[1]  D.I. 76 in C.A. No. 19-839, Amendments to Scheduling Order at Ex. 1 (setting dates for claim construction briefing, with Defendants' Response Claim Construction Brief due Nov. 24, 2020, Plaintiff's Reply Claim

---

[1] Wildcat wants Defendants to serve their claim construction brief on November 24th because Wildcat served its opening claim construction brief on November 4th, the day after the PTAB's decision to institute the IPRs.  But Wildcat made a strategic decision to file its brief despite Defendants' offer to extend the deadline by one day to allow for further discussions on Defendants' request for a stay.  *See* email chain between parties, attached as Ex. A.

Construction Brief due Dec. 15, 2020, Defendants' Sur-Reply Claim Construction Brief due Dec. 29, 2020, and the Joint Claim Construction Brief and Technology Tutorial due Jan. 4, 2021).

Proceeding with discovery and claim construction briefing is likely to be a waste of resources because a stay is imminent. Wildcat appears to agree to the principle of staying the litigation pending the IPRs, but imposed "certain conditions" on its agreement to which Defendants could not agree. *See* Nov. 3, 2020 email from P. Snell ("We are willing to consider such a stay for all Defendants with certain conditions the parties can discuss.") (Ex. A). In particular, Wildcat is insisting on (1) at minimum, some form of estoppel for all Defendants, including non-petitioner Defendants, and potentially complete statutory estoppel, (2) full responses to Wildcat's outstanding (and overbroad) discovery requests, and (3) third-party discovery during the stay. The parties can quickly brief the relatively simple issue of whether Wildcat's conditions should be imposed, allowing the Court to render a decision before the parties expend resources on additional discovery and claim construction briefing.[2]

For the above-cited reasons, Defendants ask the Court to expedite briefing on their motion to stay pending the IPRs, enter Defendants' proposed briefing schedule, and set a hearing on this issue, if needed, on November 23rd or 24th. A proposed order is attached.

---

[2] If the Court would prefer, Defendants also are amenable to a general stay of these matters until their stay motion is decided.

| | |
|---|---|
| DLA PIPER LLP (US) | BARNES & THORNBURG LLP |
| */s/ Brian A. Biggs* | */s/ Chad S.C. Stover* |
| Brian A. Biggs (DE Bar No. 5591)<br>Erin E. Larson (DE Bar No. 6616)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Telephone: (302) 468-5700<br>brian.biggs@dlapiper.com<br>erin.larson@dlapiper.com | Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 300-3474<br>Facsimile: (302) 300-3456<br>Email: chad.stover@btlaw.com |
| *Attorneys for Defendants Bayerische Motoren Werke AG, BMW of North America, LLC, and BMW Manufacturing Co., LLC* | Of Counsel:<br><br>Deborah Pollack-Milgate (Admitted *pro hac vice*)<br>11 South Meridian Street<br>Indianapolis, IN 46204-<br>Telephone: (317) 231-7339<br>Email: dpollackmilgate@btlaw.com |
| OF COUNSEL:<br><br>Joseph P. Lavelle (admitted *Pro Hac Vice*)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>joe.lavelle@dlapiper.com | Daniel A. Valenzuela (Admitted *pro hac vice*)<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Telephone: (214) 258-4150<br>Email: dvalenzuela@btlaw.com<br><br>*Attorneys for Defendants Faurecia Interior Systems, Inc., Faurecia Automotive Seating, LLC, Faurecia Madison Automotive Seating, Inc., Faurecia Emissions Control Technologies, USA, LLC, and Faurecia Emissions Control Systems NA, LLC* |

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

OF COUNSEL:

Frank C. Cimino, Jr. (*pro hac vice*)
Megan S. Woodworth (*pro hac vice*)
Jonathan L. Falkler (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4569
FCCimino@Venable.com
MSWoodworth@Venable.com
JLFalkler@Venable.com

William Hector (*pro hac vice*)
VENABLE LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750
WAHector@Venable.com

*Attorneys for FCA US LLC*

*/s/ Richard L. Renck*
Richard L. Renck
rlrenck@duanemorris.com
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302.657.4906
Facsimile: 302.397.2063

*Of Counsel:*

Robin L. McGrath (admitted *pro hac vice*)
Alice Snedeker (admitted *pro hac vice*)
Glenn Richeson (admitted *pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
rlmcgrath@duanemorris.com
aesnedeker@duanemorris.com

*Counsel for Ford Motor Company*

| | |
|---|---|
| FISH & RICHARDSON P.C.<br><br>By: */s/ Nitika Gupta Fiorella*<br>    Warren Keith Mabey Jr. (#5775)<br>    Nitika Gupta Fiorella (#5898)<br>    222 Delaware Avenue, 17th Floor<br>    Wilmington, DE 19801<br>    (302) 658-5070<br>    mabey@fr.com; fiorella@fr.com<br><br>    Joseph A. Herriges<br>    FISH & RICHARDSON P.C.<br>    3200 RBC Plaza<br>    60 South Sixth Street<br>    Minneapolis, MN 55402<br>    Telephone: (612) 337-2579<br>    herriges@fr.com<br><br>***ATTORNEYS FOR DEFENDANT GENERAL MOTORS LLC*** | ASHBY & GEDDES<br><br>*/s/ John G. Day*<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>OF COUNSEL:<br><br>William P. Atkins<br>Benjamin L. Kiersz<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>1650 Tysons Blvd<br>Mclean, VA 22102<br>(703) 770-7900<br>william.atkins@pillsburylaw.com<br>benjamin.kiersz@pillsburylaw.com<br><br>*Attorneys for Defendants*<br>*Jaguar Land Rover Limited Jaguar Land*<br>*Rover North America, LLC* |

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
T 302.888.6855  /  F 302.571.1750
kdorsney@morrisjames.com

*Attorneys for Defendants Lear Corporation and Lear Automotive Manufacturing, LLC*

OF COUNSEL:

Frank A. Angileri
John M. Halan
John P. Rondini
LeRoy R. Ashley III
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
T: (248) 358-4400  /  F: (248) 358-3351
fangileri@brookskushman.com
jhalan@brookskushman.com
jrondini@brookskushman.com
lashley@brookskushman.com

/s/ *Kelly E. Farnan*
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
farnan@rlf.com

OF COUNSEL:

Thomas D. Rein
Stephanie P. Koh
Bryan C. Mulder
Kevin R. Oliver
Matthew J. Reardon
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Defendants Magna International Inc., Magna International of America, Inc., Magna Powertrain Inc., Magna Powertrain of America, Inc., Magna Powertrain USA, Inc., Magna Seating of America, Inc., Magna Exteriors of America, Inc., Magna Closures of America, Inc., and Cosma International Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify, pursuant to D. Del. LR 7.1.1, that reasonable efforts have been made to reach agreement with opposing counsel on the matters set forth in the foregoing motion, and that no agreement could be reached.

*/s/ Chad S.C. Stover*
Chad S.C. Stover (#4919)